UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**HEATHER AGUILERA FORSTER,**
    **Plaintiff,**

v.                                                         Case No. SA-21-cv-00765-JKP-RBF

**BEXAR COUNTY et al.,**
    **Defendants.**

## ORDER ON MOTION

Before the Court is a motion to dismiss filed by Defendants Bexar County, Sheriff Javier Salazar, and Bexar County Pretrial Services (ECF No. 8). On December 30, 2021, Plaintiff filed a first amended complaint (ECF No. 21).

Plaintiff's amended complaint does not name Bexar County Pretrial Services as a Defendant. Accordingly, the Court GRANTS the motion to dismiss to the extent that Bexar County Pretrial Services is dismissed from this action.

In light of Plaintiff filing an amended complaint and the motion to dismiss subsequently filed by Defendants Bexar County and Sheriff Javier Salazar (ECF No. 23), the Court DENIES the remainder of the motion as MOOT.

For the reasons set forth above, the Court **GRANTS IN PART AND DENIES AS MOOT IN PART** the motion to dismiss filed by Defendants Bexar County, Sheriff Javier Salazar, and Bexar County Pretrial Services (ECF No. 8). **The Clerk of Court is directed to terminate Defendant Bexar County Pretrial Services from this case.**

It is so ORDERED this 14th day of January 2022.

                                                  */s/ Jason Pulliam*
                                                  JASON PULLIAM
                                                  UNITED STATES DISTRICT JUDGE